## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JESSICA NEGALHA,**
     **Plaintiff,**

**v.**

**DYNAMIC RECOVERY SOLUTIONS, LLC,**
     **Defendants.**

**Civil Action No. 1:13-cv-10098-EFH**

## VOLUNTARY DISMISSAL

The Plaintiff, Jessica Negalha, by and through counsel, gives notice, pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i),  of the dismissal of this action with prejudice and without costs.

March 28, 2013

**JESSICA NEGALHA**

**By & Through Her Attorneys,**

**Ortiz & O'Donnell**

*/s/ John L. McGowan*
John L. McGowan (BBO669751)
jlm@mass-legal.com
Nicholas F. Ortiz (BBO655135)
nfo@mass-legal.com
Ortiz & O'Donnell
306 Dartmouth Street, Suite 501
Boston, MA 02116
Direct (781) 806-0291
Office (617) 716-0282
Fax (781) 634-0355

## CERTIFICATE OF SERVICE

I, John L. McGowan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on March 28, 2013.

March 28, 2013                    ***/s/ John L. McGowan***_____